# Towaki Komatsu

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

See attached for the list of defendants

due to space constraints here

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ■ No (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ■ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? **3/31/17** _____

   Gross monthly wages at the time: **$4,800** _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ■ No
   (b) Rent payments, interest, or dividends ☐ Yes ■ No

| | | | | |
|---|---|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ | Yes | ☑ | No |
| (d) Disability or worker's compensation payments | ☐ | Yes | ☑ | No |
| (e) Gifts or inheritances | ☑ | Yes | ☐ | No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☑ | Yes | ☐ | No |
| (g) Any other sources | ☐ | Yes | ☑ | No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

**See attached.**

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

**None.**

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

**Laptop computer and household items less than $1,000 in total value**

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

Metrocard: roughly $66 per month

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

**My incapacitated mother. I try to contribute as much as I can for her support.**

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

**Yes. See attached**

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

12/27/21

Dated

Signature

**Komatsu, Towaki M.**

Name (Last, First, MI)

Prison Identification # (if incarcerated)

**802 Fairmount Pl., Apt. 4B**    **Bronx**    **NY**    **10460**

Address      City      State    Zip Code

347-316-6180      Towaki_Komatsu@yahoo.com

Telephone Number      E-mail Address (if available)

**Entire list of defendants for 12/27/21 IFP application**:

**a)** The City of New York;

**b)** Nicola Aaronson, Kayla Arslanian, Steven Banks, Barbara Beirne, Martha Calhoun, Marco Carrion, Michael Casca, Kenny Charles, Robert Cornegy, Jr., Fernando Fernandez, Marin Gerber, Andrea Hagelgans, Annette Holm, Gary Jenkins, Ben Kallos, Muhammad Umair Khan, Stephen Levin, Jennifer Levy, Paul Ligestri, Raquel Lucas, Jeffrey Mosczyc, Vito Mustaciuolo, Molly Park, Eric Phillips, Vincent Pullo, Jessica Ramos, Howard Redmond, Paul Romain, Helen Rosenthal, Jaclyn Rothenberg, Rafael Salamanca, Jr., Ann Marie Scalia, Avraham Schmeidler, Manvir Singh, Ritchie Torres, and Emma Wolfe in their individual and official capacities as current and former personnel of the City of New York;

**c)** Roy Esnard, H. Cooper Gregory, Nigel Marks, Joab Okello, Konstantin Pertas, Krista Rock, Samuel Spitzberg, and Daniel Tietz in their individual and official capacities as personnel of the New York State Office of Temporary and Disability Assistance;

d) Wendell Vaughan in his individual capacity and official capacity as a court clerk who works for the New York State Supreme Court in Manhattan;

e) Lawrence Marks in his official capacity as the New York State Chief Administrative Judge and a senior administrator of the New York State Office of Court Administration and New York State Unified Court System.

# Complete Answers to Questions in the IFP Application

**Preliminary Statement:**

Prior to submitting this application to be granted IFP status, U.S. Chief Judge Colleen McMahon granted an IFP application on 6/4/18 that I submitted to commence the case of *Komatsu v. City of New York*, No. 18-cv-3698 (LGS)(GWG)(S.D.N.Y.). The order that she issued that granted that application corresponds to docket number 5 in that case. My financial circumstances have worsened since then.

**Answer to Question #3 in IFP Application**:

1. I have received public assistance benefits from the New York City Human Resources Administration ("HRA") during the last 12 months that has been roughly $1,032 in cash assistance benefits and roughly $2,034 for food stamp benefits during that same period. I continue to receive such public assistance. I receive public assistance in the amount of roughly $86 for cash-assistance benefits on a biweekly basis. Also, I and am not being granted job interviews due to severe and widespread employment blacklisting as well as the ongoing Coronavirus pandemic that has substantially harmed the economy.

**Answer to Question #8 in IFP Application**:

1. I have substantial debts that are largely the result of a snowball effect of wage-theft and blacklisting that I continue to suffer. To try to overcome and end the custom, policy, and practice that has caused me to be illegally blacklisted partly by the City of New York, I attended a public resource fair meeting on 11/16/21 in Brooklyn at 240 Nassau Street that members of the public conducted with New York City Mayor Bill de Blasio, Brooklyn Borough President Eric Adams, Defendant Steven Banks, and others that was a public forum

that the organizer of that meeting arranged to enable the general public to freely meet and talk with City of New York government personnel and have their questions answered by them during that meeting. While I attended that public forum, I briefly talked with Mr. de Blasio about what it would take for me to be granted a job interview with one of the government agencies of which his administration is comprised and when his administration would start hiring military veterans as he yet again lied to my face in response to that loaded question by fraudulently claiming that his administration supports hiring military veterans before he told me that I needed to talk with Mr. Banks about being granted a job interview with the New York City Department of Social Services ("DSS") and the agencies of which it's comprised that include HRA. However, when I attempted to talk with Mr. Banks during that meeting in a lawful manner, Pinny Ringel and Joni Kletter both illegally and deliberately interfered with my efforts to talk with Mr. Banks then partly to follow-up with him in relation to my efforts to be granted job interviews by DSS and the agencies of which it's comprised. Ms. Kletter told me then that the reason why she and Mr. Ringel weren't letting me to have my questions for Mr. Banks then to be answered by him then and there was because of ongoing litigation that I'm pursuing as that remark confirmed that she and Mr. Ringel were then subjecting me to First Amendment retaliation. I recorded a video recording with my cell phone on 11/16/21 at 5:19 pm that is available at

https://drive.google.com/file/d/11wYrY8we5z5iTuSNzRjH5S6bi0f59f_4/view?usp=sharing

that confirms what I just stated. The reason why I'm heard urging the Mayor to immediately fire Mr. Banks after I talked with the Mayor during that meeting was because I know that Mr. Banks is a con artist who would yet again lie to my face during that meeting about why I wasn't being granted job interviews by DSS and the agencies of which it's comprised after I

previously and repeatedly talked with him about that as he lied to my face about that during earlier public meetings that I also recorded on audio at times.

2. The wage-theft that I still experience and discussed above dates back to 2012. I have extensively both **a)** testified about that wage-theft during public hearings that have been conducted by government bodies and **b)** engaged in litigation to have that resolved to no avail partly because I have been ordered to engage in arbitration about and that and it has never been financially possible for me to do so and I was unable to receive a fee waiver from the arbitration forum to do so. That wage-theft left me susceptible to frivolous litigation that was commenced against me by a slumlord that was represented by a lawyer named Mark Friedlander. While that slumlord was represented by Mr. Friedlander, I both **a)** prevailed twice against them in litigation without legal counsel and **b)** lost to them once in separate and related litigation that was strictly due to flagrant judicial misconduct that violated my fundamental due process rights that I was unable to appeal within statutory deadlines because I was contending with far too many other severe legal problems and unemployment to properly do so. A monetary judgment that exceeds $17,000 was illegally issued against me by New York City Housing Court Judge Inez Hoyos for a slumlord named 65-60 Realty Company LLC that was represented by Mr. Friedlander. That illegal judgment resulted from frivolous litigation that Mr. Friedlander commenced against me on that slumlord's behalf. The only reason why I lost that case was because of flagrant judicial misconduct that Judge Hoyos committed in it between dates when I twice prevailed against that slumlord and Mr. Friedlander in related litigation without the benefit of legal counsel. On 3/23/17, I earned my second legal win against Mr. Friedlander and the slumlord on whose behalf he commenced a $20 Million defamation case against me in 2014 that was filed with the Queens Supreme

Court. I earned that pyrrhic victory by virtue of the act that it was dismissed, but that win only came after my need to deal with matters in relation to it laid waste to my career partly by forcing me to attend numerous court hearings that were conducted very far from where I needed to commute to for work. After my absences from my job piled up because of that litigation, I lost that job because my employer could not continue to accept my absences from it.

3. Due to far more flagrant judicial misconduct that I experienced due to Queens Housing Court Judge Clifton Nembhard in litigation that I was involved in against a different landlord in Queens, he issued a decision on 10/28/15 in which he illegally ordered me to pay $7,900 to that landlord in a pair of related lawsuits that he wrongfully continued to preside over after he flagrantly violated my First Amendment and Fourteenth Amendment rights that pertain to access to the courts and due process to present material and admissible evidence in court and allowed a fraudulent inspection to be conducted on 7/10/15 in what was then my apartment while he was present in it with two court officers. During that fraudulent inspection, those two court officers illegally coerced me to stop recording an audio recording that I was legally recording in my own residence in a manner that was not impairing their abilities nor those of Judge Nembhard to perform their official duties. I was then recording that audio recording to have material and admissible evidence that would be available to me for use in litigation related to that case and particularly for an appeal if that became necessary. I thereafter had a written transcript prepared from what was recorded by that audio recording before I was illegally coerced to stop its recording. That transcript and that recording confirms that Judge Nembhard illegally condoned the actions those court officers took in having illegally engaged in what amounts to obstruction of justice while they were in my residence then.

Their actions against me then also flagrantly violated the Castle doctrine. When the litigation resumed in court about which Mr. Nembhard had visited my apartment, he illegally prevented me from presenting any audio recordings, video recordings, and photographs as evidence for him to consider. That circumstance confirmed that he previously lied to me in court in June of 2015 when he told me then that he wanted me to pinpoint specific parts of recordings that included video recordings and audio recordings that I sought for him to consider in that litigation. I have all of the written and audio transcripts from that litigation and they clearly confirm these critically significant points. In short, Mr. Nembhard illegally left me with no ability to present counterclaims and defenses in my litigation against that landlord by having illegally prevented me from presenting video recordings, audio recordings, and photographs as evidence for him to consider in that case. As a result, he thereafter illegally issued a decision in which he ordered me to pay $7,900 to my landlord and be evicted from where I resided.

4.  For reasons similar to those I stated earlier, considerable pressures that I was facing and continue to face effectively prevented me from being able to appeal Judge Nembhard's illegal decisions against me within the time constraints that I had to do so.

5.  I'm currently the plaintiff in 2 countersuits that are in response to 2 earlier sets of frivolous litigation in which I prevailed. The countersuits that I'm referring to consist of **a)** _Komatsu v. City of New York_, No. 20-cv-10942 (VEC)(RWL) (S.D.N.Y.) and **b)** _Komatsu v. USA_, No. 21-cv-1838(RJD)(RLM) (S.D.N.Y.). I'm entitled to immediate partial summary judgment in both of those cases that would cause me to be provided monetary damages that I could then apply to the costs of other litigation that include this case. However, the judges assigned to those other cases have stubbornly refused to let me move for partial summary judgment in

them. U.S. District Judge Raymond Dearie also fraudulently dismissed claims that I asserted in *Komatsu v. USA*, No. 21-cv-1838(RJD)(RLM) (S.D.N.Y.) that were about the fact that defendants who were a part of that case committed defamation against me and violated my rights in other ways that also entitled me to partial summary judgment against those defendants. One of those former defendants is named Johnathan Hall and is a Duke University student. He and Duke University committed defamation against me as a result of the fact that he wrote an article that appeared in the Duke Law Journal that was published on the Internet and republished by others that contained a lie about me in which he claimed that claims had been made that I tried to assault a federal court security officer outdoors and that I was prosecuted for that. Contrary to his lie, Mr. Hall is the only person who made that claim about me and I was never prosecuted for having tried to assault a federal court security officer outdoors. The fact that his defamatory remarks about me appear on the Internet and were republished by others is extraordinarily harmful and prejudicial to me for a variety of reasons. One of them is about the fact that that defamatory information against me is detrimental to my efforts to be granted job interviews by people who may come across that defamatory information against me. This is because it's far less likely that recruiters may be willing to grant job interviews to people who have tried to assault others outdoors and been prosecuted for that. The report that the Duke Law Journal published that is entitled "The Gorsuch Test: Gundy v. United States, Limiting the Administrative State, and the Future of Nondelegation" and contains defamatory remarks about me that were written by Mr. Hall is available at https://dlj.law.duke.edu/article/the-gorsuch-test-hal-vol70-iss1/. Duke University's personnel have illegally refused to remove that report from the Internet and also refused to issue a retraction. Both New York University and Columbia University are among

those who have republished the information about me in that report on the Internet that has caused the harm to my reputation to grow exponentially and irreparably. New York University agreed to remove its report from the Internet in response to a request that I made to its General Counsel's office. Columbia University hasn't done so and those who have read those reports are free to widely share what they learn from them with others. That causes me further harm.

6. On 12/20/21, New York State Supreme Court Judge Alexander Tisch issued an order in *Komatsu v. NTT Data, Inc.*, No. 101264/2021 (Sup. Ct., NY Cty. Dec. 20, 2021) in which he refused to grant an emergency order to show cause application that I filed in that case on that date partly to try to be granted immediate relief that would cause NTT Data, Inc. ("NTT") to be ordered to immediately issue payments that it has owed me since 2012 that it has illegally refused to pay me while instead continuing to subject me to ongoing wage-theft, retaliatory employment blacklisting, and fraud. I was hoping that Judge Tisch would have instead issued that order in my favor to enable me to use the proceeds from the payments to me by that defendant to fund the costs of litigation expenses. However, Judge Tisch specifically told me during a court hearing in that case on 12/20/21 that I can't use funds from one lawsuit to pay for the costs of other litigation. He made such remarks while a court reporter attended that hearing and I am proceeding in that case with a fee waiver that I was granted after I commenced that case in November of 2021. Before Judge Tisch issued that 12/20/21 order, I told him during that hearing that I wanted him to recuse himself from that case because he previously engaged in judicial misconduct while he was previously among the judges who were assigned to *Komatsu v. New York City Human Resources Admin.*, No. 100054/2017 (Sup. Ct., NY Cty. Feb. 26, 2020) that is hereinafter referred to as "my HRA lawsuit1". I also

told him then that he has an ongoing and major conflict of interest about the fact that I have a pending appeal to the New York State Court of Appeals about that case and his misconduct in it in the wake of the New York State Supreme Court Appellate Division's First Department having issued its baseless, biased, and prejudicial decision in *Komatsu v. New York City Human Resources Admin.*, 2021 N.Y. Slip Op 3410 (App. Div. 2021). Judge Tisch illegally refused to recuse himself in response to my 12/20/21 request. He also illegally didn't diligently review the entirety of my supporting affidavit for my 12/20/21 order to show cause application in flagrant violation of my First and Fourteenth Amendment rights before he baselessly, biasedly, and prejudicially denied that application.

7. I was previously informed by New York State Supreme Court Judge Lisa Sokoloff in earlier litigation that was closely-related to that case that in the event that I sought to be granted equitable relief about the fact that it was impossible for me to engage in arbitration against NTT that I needed to seek such relief from a court that had the power to grant equitable relief.

8. In 2017, I experienced flagrant judicial misconduct by Judge Sokoloff while she was a New York City Civil Court judge as she illegally issued an order on 6/9/17 in earlier litigation that I commenced against NTT by virtue of the fact that she directed me to pay attorney fees in the amount of $4,962 to a lawyer for NTT. She did so in spite of the fact that she had no legal authority to do so and the fact that NTT violated an earlier discovery order in that same case that was issued on 4/12/13 that my new litigation against NTT is partly about. Only an arbitrator could issue such an order that could direct me to pay attorney fees to a lawyer for NTT due to the terms of an arbitration agreement that NTT previously issued to me. Also, the fact that NTT violated the 4/12/13 discovery order in that case barred NTT from being able

to be granted relief against me in that case until after it fully complied with that 4/12/13

order. Judge Sokoloff issued that order about attorney fees long before an attorney for NTT

sent me the e-mail message on 10/21/18 shown below about possibly settling my claims with

NTT.  Since NTT nor its attorneys have ever engaged in good faith settlement discussions

with me, no settlement has been reached between NTT and I for my disputes against NTT.

**From:** Chaim Book <CBook@mb-llp.com>
**Subject:** RE: Your voicemail
**Date:** October 21, 2018 at 4:32:34 PM EDT
**To:** Towaki_Komatsu <towaki_komatsu@yahoo.com>

Dear Mr. Komatsu,
NTT DATA was willing to have a conversation about a reasonable settlement offer, but
in light of your threats, it seems clear that you are not willing to engage in such a
dialogue.  Your email threats are not productive and will not lead to an amicable
resolution.

Sincerely,

Chaim B. Book
Partner
Moskowitz & Book, LLP
345 Seventh Avenue, 21st Floor
New York, NY 10001
cbook@mb-llp.com
O: (212) 221-7999
F: (646) 833-1657
www.MB-LLP.com
Follow me on Twitter: http://twitter.com/chaimbook
Connect with me on LinkedIn: http://www.linkedin.com/in/chaimbook

**From:** Towaki_Komatsu <towaki_komatsu@yahoo.com>
**Sent:** Friday, October 19, 2018 9:45 AM
**To:** Chaim Book <CBook@mb-llp.com>
**Subject:** Re: Your voicemail

Maybe I should deal with these instead of your firm.



investors.morningstar.com

# NTT Data Corp NT5

Add to Portfolio   Get E-mail Alerts   Print This Page   PDF Report   Data Def

| Quote | Chart | Stock Analysis | Performance | Key Ratios | Financials | Valuation |

| Owners' Overview | **Major Owners** | Concentrated Owners | Owners Buying |

## Major Shareholders NT5

| Funds | **Institutions** |

| Name | Shares Held | % To Shares H |
|---|---|---|
| Nomura Asset Management Co Ltd | 124,471,800 | 8. |
| Nikko Asset Management Co Ltd | 62,555,900 | 4. |
| Daiwa Asset Management Co Ltd | 56,009,700 | 3. |
| Mitsubishi UFJ Kokusai Asst Mgmt Co.,Ltd | 31,238,800 | 2. |
| Vanguard Group Inc | 16,729,049 | 1. |
| iShares | 16,454,815 | 1. |
| Vanguard | 15,213,720 | 1. |
| BlackRock Fund Advisors | 13,400,355 | 0. |
| Schroder Investment Mgmt (Japan) Ltd | 11,892,600 | 0. |
| BlackRock Japan Co Ltd | 9,517,800 | 0. |
| Citibank China Co Ltd | 7,928,400 | 0. |
| BlackRock Advisors (UK) Limited | 7,408,865 | 0. |
| Vanguard Investments Australia Ltd | 5,294,271 | 0. |
| BlackRock Institutional Trust Company NA | 4,703,100 | 0. |
| Schroder Investment Management Ltd | 4,311,200 | 0. |
| Schroder Investment Management (Europe) S.A. | 4,013,200 | 0. |
| Generali Worldwide Insurance Company Limited | 3,964,200 | 0. |
| Schroder Investment Mgmt (Singapore) Ltd | 3,964,200 | 0. |
| AXA Life Europe | 3,964,200 | 0. |
| Nissay Asset Management Corporation | 3,959,800 | 0. |

Permissions/Reprint

> On Oct 18, 2018, at 11:20 AM, Chaim Book <CBook@mb-llp.com> wrote:
>
> I am sorry that your parents are ill and I wish them both a speedy recovery and good

health for the future.
> In the time that it takes you read and type emails, we could have a conversation.
> If you want to move this toward settlement, you are going to have to come up with a reasonable number, verbally communicate it to me and then I will discuss it with my client and see if they are willing to make a counteroffer.
> Sincerely,
>
> Chaim B. Book
> Partner
> Moskowitz & Book, LLP
> 345 Seventh Avenue, 21st Floor
> New York, NY 10001
> cbook@mb-llp.com
> O: (212) 221-7999
> F: (646) 833-1657
> www.MB-LLP.com
> Follow me on Twitter: http://twitter.com/chaimbook
> Connect with me on LinkedIn: http://www.linkedin.com/in/chaimbook

9. My claims in this lawsuit are mostly about illegal acts and omissions that continue to be committed against me by the defendants that concern government benefits and records that they possess to which I have been and continue to be legally entitled to receive from them that have caused me substantial, unduly prejudicial, and irreparable harm in a variety of ways that have included blocking my ability to obtain discovery material to which I'm legally entitled to pretextually sabotage my ability to prevail on the merits in related ongoing and past parallel litigation about which other judges have ignored my requests to be granted redress that causes res judicata to not apply because I wasn't granted a full and fair hearing about that specific issue in other litigation. While I realize that I would normally need to commence an article 78 proceeding in state court to be granted the relief that I seek through this new case, the simple and straightforward fact that **a)** New York State Supreme Court

Judge Nancy Bannon committed repeated, unduly prejudicial, and illegal acts and omissions of judicial misconduct against me in my HRA lawsuit1 that caused me substantial and irreparable harm and **b)** complaints that I reported against her about that to New York State Chief Administrative Judge Lawrence Marks and former New York State Supreme Court Administrative Judge George Silver were condoned by them authorizes me to pursue this case in federal court instead of state court due to the futility of doing so in state court that hindsight has demonstrated as well as the fact that my claims in this case include matters that are about my federal constitutional rights.

10. The following is a screenshot from a report that I received from HRA in response to a Freedom of Information Law demand that I submitted to it for records about its business with NTT. That screenshot confirms that a notary public confirmed on 9/22/15 that someone named Mr. Epstein who caused me to be fired from a job that I had in 2012 through an outsourcing agreement with NTT signed a business letter that HRA issued to NTT about a contract that HRA then had with NTT. Mr. Epstein caused me to be fired from my job in 2012 in retaliation for entirely valid complaints that I reported to him and others about illegal wage-theft and fraud by NTT and its business partner, Credit Suisse. Mr. Epstein also caused me to be illegally blacklisted from employment opportunities that are available with NTT. Since NTT provides outsourcing staffing services and other services to government agencies and private organizations on a very widespread basis, the fact that I'm blacklisted from employment opportunities by NTT is extremely prejudicial to my ability and efforts to be granted job interviews. NTT is a major government contractor. This also means that I actually am being forced to fund its operations every single time that I purchase goods and

services because the taxes from that fund its operations due to the government contracts that

it has.

ACKNOWLEDGEMENTS

STATE OF NEW YORK)

    :ss:

COUNTY OF NEW YORK)

On this 22 day of September 20 15, before me personally came Vincent Pullo to me known and known to me to be ACCO of the HUMAN RESOURCES ADMINISTRATION / DEPARTMENT OF SOCIAL SERVICES of the CITY OF NEW YORK, the person described in and who is duly authorized to execute the foregoing instrument on behalf of the Commissioner, and (s)he acknowledged to me that (s)he executed the same for the purpose therein mentioned.

NOTARY PUBLIC SHARON JAMES-LEONCE
Commissioner of Deeds
City of New York No. 2-13026
Certificate Filed in New York County
Commission Expires May 01, 20 16

STATE OF     )
    :ss:
COUNTY OF     )

On this 10th day of September 20 15, before me personally came Ed Epstein, to me known to be the SVP of NTT Data, Inc. the person described in and who executed the foregoing instrument, and s/he acknowledged to me that s/he executed the same for the purpose therein mentioned.

NOTARY PUBLIC

JACOB R. FLEITMAN
Notary Public, State of New York
No. 02FL6307690
Qualified in Nassau County
Commission Expires July 14, 20__

The next screenshot is an excerpt from the page in that report that immediately precedes the page

within it on which the information shown in the preceding screenshot appears. This screenshot

clearly shows that Mr. Epstein signed that page on 9/10/15 as he identified himself as working

for NTT as a SVP that is an acronym that stands for Senior Vice President. The name and

signature of Vincent Pullo also appears on that page. He is HRA's Chief Contracting Officer.

> This change is necessary in order to maintain compliance with the New York State Human Rights Law and EEOC regulations. All other terms and conditions of the original contract are unchanged and shall remain in effect.
>
> Please indicate your organization's acceptance of this amendment and its terms by having a person authorized to do so by your organization sign this letter in the space provided below, before a notary public, and have the latter acknowledge the same.
>
> Sincerely,
>
> Vincent Pullo
>
> Accepted by:
>
> _____     _9/10/2015_
> Vendor Authorized Signature              Date
>
> _Ed Epstein, SVP NTT Data_
> Print Name and Title

11. The next two screenshots are from an e-mail message that Mr. Epstein sent about me on

4/10/12 at 3:46 pm to his coworkers at a company named Misi that was then a subsidiary of

NTT.

From: Ed Epstein
Sent: Tuesday, April 10, 2012 3:46 PM
To: Sharin Newman
Cc: Keith Backer; Meghan Duffy; Rebecca Freund
Subject: FW: Point of contact for issues that need to be escalated at Misi

Hi Sharin,

Couple things:
- What is his pay situation? If he is paid hourly then he should be compensated for every hour worked. If he paid on a daily rate, then I'm assuming he is expected to support a professional work day
- Please discuss with the client about this consultant because he might be trashing us at the site

- And, I think you should have some face-2-face conversation with him and cool him down or we will need to terminate him

Everyone in the back office knows this guy...in a very bad way. I would suggest you get him out on our terms.

Edward Epstein | Regional Senior Vice President, Strategic Staffing | NTT DATA, Inc | w. 610.257.3036 | m. 215.913.6664 | ed.epstein@nttdata.com | nttdata.com/americas

12. Mr. Book provided me that e-mail message in printed form that had its parts shown on different pages as well as other e-mail messages that Mr. Epstein and his coworkers sent about me. Mr. Book did so in response to the discovery order that was issued on 4/12/13 in my state-court litigation against NTT that I timely commenced in 2012. Mr. Book also provided me a printed copy of the following e-mail message that I sent to Mr. Epstein at 3:06 pm on 4/10/12 with an e-mail account that I was provided by Credit Suisse and that appears to have motivated Mr. Epstein to have sent the e-mail message shown above 40 minutes later:

From: Komatsu, Towaki [mailto:towaki.komatsu@credit-suisse.com]
Sent: Tuesday, April 10, 2012 3:06 PM
To: Ed Epstein
Subject: RE: Point of contact for issues that need to be escalated at Misi

It's your firm's decision not to modify a written contract to ensure that there will be no further breaches of its terms by your firm following 3 breaches.

13. Neither Mr. Book nor NTT fully complied with the terms of the discovery conference order that was issued on 4/12/13 in my state-court litigation against NTT that required full compliance with it by NTT on or before 5/31/13. The following screenshot is from that

discovery conference order and confirms that Mr. Book and NTT were ordered by it to provide me "all contractor records related to plaintiff, i.e. plaintiff's file":

14. That was the part of that order that Mr. Book and NTT never fully complied with. Their failure to fully comply with that discovery order illegally deprived me of critically significant admissible evidence that proved to be extremely prejudicial to me as I proceeded in that litigation and subsequent federal court litigation against NTT and Credit Suisse that was assigned to U.S. District Judge Lorna Schofield. For example, though that 4/12/13 discovery order required NTT and Mr. Book to provide me all e-mail message that I sent and received with the e-mail account that I was assigned in 2012 by Credit Suisse while I worked for Credit Suisse on an outsourcing basis through NTT, NTT and Mr. Book didn't do so. NTT also illegally didn't provide me any records of information that was in Credit Suisse's possession that described in detail the precise manner and sequence in which I performed my work at Credit Suisse in 2012 and how such work was assigned to me by Credit Suisse personnel instead of having me freely choose which work I would perform, how I would

perform it, and the sequence in which I would perform it while I worked at Credit Suisse as a misclassified independent contractor of joint-employers NTT and Credit Suisse while my contract with NTT that enabled me to work at Credit Suisse had been written in a manner that granted me complete autonomy for how I would work at Credit Suisse in 2012 after I had previously worked for it outside of the U.S and not through NTT while having been misclassified as a contractor as I then worked for Credit Suisse on account of how Credit Suisse controlled how I worked as if I was among its employees.

15. The discovery order that was issued on 4/12/13 in my state-court litigation against NTT was based upon a subpoena that I was granted on 1/16/13 in that case against Credit Suisse that it refused to comply with after it was served upon Credit Suisse. The next screenshot is from the first page of that subpoena and identifies records that I sought from Credit Suisse.

To: CREDIT SUISSE:

We Command that you or someone on your behalf provide and produce the following item(s):

1) All ~~e-ma~~ e-mail messages sent from and to Towaki.Komatsu@credit-suisse.com to and from the following domains between 1/25/12 and 5/1/12: misicompany.com, nttdata.com, and yahoo.com. Additional requests are listed on page 2.

to 111 Centre Street, New York, NY 10013

[XX] to the Records Section of this Court located in Room 225. WINDOW #9

[] to the Hon _____ in Part _____, Room _____.

Failure to comply with a subpoena may be punishable as contempt of court and/or make you liable for a penalty not exceeding $150.00 and damages sustained by the person on whose behalf the subpoena was issued (CPLR 2308).

Date: January 16, 2013

Carol Alt
CHIEF CLERK
Chief Clerk, Civil Court

16. The next screenshot is from the second page of that subpoena and identifies additional records that I sought from Credit Suisse.

> 2). All e-mail messages, faxes, and all other forms of correspondence between ~~Credit Suisse~~ a) employees of and contractors working at Credit Suisse and b) Misi Company and NTT Data, Inc. between 12/1/11 and 1/15/13 that concerned Towaki Komatsu.

17. The 4/12/13 discovery order that I discussed earlier was issued before a different judge in my state-court lawsuit against NTT granted NTT's motion to compel arbitration in it on 4/14 while it was impossible for me to do so and without having first performed her legal duty pursuant to the New York State Court of Appeals decision in *Brady v. Williams Capital Grp., L.P.,* 928 N.E.2d 383, 384 (N.Y. 2010) to have conducted an analysis to determine whether it was financially possible for me to engage in arbitration with NTT.