# MANDATE

S.D.N.Y. – N.Y.C.
20-cv-7046
Ramos, J.
21-cv-11115
Swain, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of August, two thousand twenty-two.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 10 2022

Towaki Komatsu,

        *Petitioner*,

    v.                                                                                                       22-375

The City of New York, et al.,

        *Respondents*.

---

Towaki Komatsu,

        *Petitioner*,

                                                           22-501

    v.

The City of New York, et al.,

        *Respondents*.

**MANDATE ISSUED ON 08/10/2022**

It is hereby ORDERED that these two proceedings are CONSOLIDATED for the purposes of this order.

In November 2021, this Court entered a leave-to-file sanction against Petitioner. *See Komatsu v. The City of New York*, 2d Cir. 21-511, doc. 92. Petitioner, pro se, now moves for leave to file these two appeals. Upon due consideration, it is hereby ORDERED that the motions are DENIED because the appeals do not depart from Petitioner's "prior pattern of vexatious filings." *See In re Martin-Trigona*, 9 F.3d 226, 229 (2d Cir. 1993).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*