UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

                            Plaintiff,

                -against-                                    21-CV-11115 (LTS)

THE CITY OF NEW YORK, et al.,                                ORDER

                            Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

On September 16, 2022, the complaint filed in this action was voluntarily dismissed. On January 29, 2026, Plaintiff filed an interlocutory appeal challenging this Court's January 23, 2026 order denying Plaintiff's motions seeking emergency relief. On January 30, 2026, the Clerk's Office transmitted this action to the Court of Appeals for the Second Circuit.

Following this transmission, Plaintiff filed three motions. (ECF 74-77.) The Court denies these motions because the transfer of this matter to the Court of Appeals divested this Court of jurisdiction of this action. *See Drabik v. Murphy*, 246 F.2d 408, 409 (2d Cir. 1957) (holding that district court did not have jurisdiction to rule on motion following physical transfer of case). The Court directs the Clerk of Court to terminate these motions (ECF 74-77).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 19, 2026
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge
