UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOWAKI KOMATSU,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendant.

21-CV-11115 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On September 16, 2022, the complaint filed in this action was voluntarily dismissed. On January 29, 2026, Plaintiff filed an interlocutory appeal challenging this Court's January 23, 2026 order denying Plaintiff's motions seeking emergency relief. On January 30, 2026, the Clerk's Office transmitted this action to the Court of Appeals for the Second Circuit.

Following this transmission, Plaintiff filed several letter-motions and a motion captioned for the Court of Appeals. (*See* ECF 74-77.) By order dated May 19, 2026, the Court denied these motions because the transfer of this matter to the Court of Appeals divested this Court of jurisdiction of this action. The Clerk of Court entered the order denying these motions the following day. Plaintiff then filed, on May 21, 2026, a motion for reconsideration of the May 19, 2026 order. (*See* ECF 80.)

The Court denies this motion because it is frivolous and directs the Clerk of Court to terminate the motion at ECF 80. The Court also directs the Clerk of Court to terminate the motion at ECF 78, a motion to expediate the proceedings. This motion was filed immediately prior to the Court's May 19, 2026 order. This motion is denied as moot.

To the extent Plaintiff's September 17, 2022 letter seeks reconsideration of the Court's September 16, 2022 order, where the Court construed Plaintiff's September 13, 2022 letter as a

request to withdraw this action, Plaintiff's request is denied. In Plaintiff's September 17, 2022 letter he indicated that he had no intention of complying with the Court's order directing him to amend and that "once I disclaim my right to file a further amend[ed] complaint, that marks the precise point when you lose jurisdiction over this case as full jurisdiction over it promptly then transfers to the Second Circuit." (ECF 48, at 3.) Plaintiff's September 17, 2022 letter does not suggest that the Court overlooked "controlling law or factual matters" that had been previously put before it. *R.F.M.A.S., Inc. v. Mimi So*, 640 F. Supp. 2d 506, 509 (S.D.N.Y. 2009). Accordingly, the Court denies Plaintiff's motion seeking reconsideration of the Court's order construing his letter as a request to withdraw this action.

**CONCLUSION**

The Court denies Plaintiff's motion to reconsider the Court's denial of Plaintiff's motion for reconsideration as frivolous, his motion to expediate proceedings as moot, and his motion for reconsideration of the Court's September 16, 2022, construing Plaintiff's September 13, 2022 as a request to withdraw. The Court directs the Clerk of Court to terminate the motions at ECF 78 and 80.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 4, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge